IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLINNE GARCIA on behalf of M.G. a minor,<br><br>  Plaintiff,<br><br>vs.<br><br>TD OPPORTUNITIES INC., d.b.a. HOPS DOWNTOWN GRILL, LOWER VALLEY PROCESSING, INC., RANGE LAND & CATTLE CO., LLC., and JOHN DOES 1-4,<br><br>  Defendants. | CV 24-124-M-KLD<br><br>ORDER |

On December 12, 2024, the Court issued an order directing Plaintiff Charlinne Garcia to show good cause as to why her claims should not be dismissed for failing to timely serve Defendants Lower Valley Processing Range Land & Cattle Co., and why William Marler's pro hac vice admission should not be withdrawn. (Doc. 6). Plaintiff has since filed proof of service (Docs. 9, 10), and Mr. Marler has filed a pleading acknowledging the terms of his pro hac vice admission (Doc. 8). Accordingly,

**IT IS ORDERED** that Plaintiff has shown good cause as to why her claims

//

//

1

should not be dismissed and why Mr. Marler's pro hac vice admission should not be withdrawn.

DATED this 18th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge