IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLINNE GARCIA, on behalf of M.G. a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>TD OPPORTUNITIES, INC., d.b.a. HOPS DOWNTOWN GRILL,<br><br>    Defendant. | CV- 24-124-M-KLD<br><br><br>ORDER |

    Pursuant to the Court's prior order (Doc. 58), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 59). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

    The Clerk of Court is directed to close the case file.

    DATED this 17th day of November, 2025.

                                          _____
                                          Kathleen L. DeSoto
                                          United States Magistrate Judge